UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DISABILITY RIGHTS WASHINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA ROLFE, in her official capacity as Director of Division of Developmental Disabilities, and WASHINGTON DIVISION OF DEVELOPMENTAL DISABILITIES,<br><br>Defendants. | No. 12-cv-05004<br><br>ORDER GRANTING TEMPORARY RESTRAINING ORDER<br>(Proposed) |

This matter having come before the Court upon the Motion for a Temporary Restraining Order, and having reviewed all of the files, documents, and briefs filed herein, it is hereby ORDERED, ADJUDGED, and DECREED that pursuant to Fed. R. Civ. P. 65, the plaintiffs' Motion for a Temporary Restraining Order is GRANTED and the requirement to post a security bond is WAIVED.

It is further ORDERED that:

Defendants shall immediately provide Plaintiff with a list containing the name and contact information of individuals who:

ORDER GRANTING TEMPORARY RESTRAINING ORDER - 1

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729

1. have been denied Division of Developmental Disabilities (DDD) services under the "other conditions" category because their condition was rejected for consideration of eligibility by DDD's Other Condition Determination Committee;

2. have been terminated from DDD services under the "other conditions" category because their condition was rejected for consideration of eligibility by DDD's Other Condition Determination Committee;

3. are currently eligible for DDD services under the "other conditions" category but will lose services upon their next eligibility review because their condition was subsequently rejected for consideration of eligibility by DDD's Other Condition Determination Committee;

4. are the legal guardians of the above individuals.

Dated this _____ day of January, 2012.

_____
Judge, United States District Court

Presented by:

DISABILITY RIGHTS WASHINGTON

s/David R. Carlson
David R. CARLSON, WSBA # 35767
REGAN BAILEY, WSBA #39142
Attorneys for Plaintiffs

ORDER GRANTING TEMPORARY RESTRAINING ORDER - 2

Disability Rights Washington
315 5th Avenue South, Suite 850
Seattle, Washington 98104
(206) 324-1521 ・ Fax: (206) 957-0729